UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

| | | |
|---|---|---|
| RINE, MARY KATHERINA | ) | Chapter 7 -- Liquidation |
| | ) | Case No.:16-43789 |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF SPECIAL LITIGATION ATTORNEY

I, Stanley Goodkin, being duly sworn on his oath, deposes and states that the following facts are true to the best of his information, knowledge and belief:

1. I am an attorney at law admitted to practice in the State of Missouri.

2. The Chapter 7 Trustee proposes to retain Stanley Goodkin for representation of the Chapter 7 Trustee in a personal injury lawsuit.

3. To the best of my knowledge, neither I, my law firm, nor any counsel, or associate thereof has any financial affiliation with the Debtor, its creditors, or with any party in interest.

4. I believe that I represent no interest adverse to the estate in the matter upon which I am to be engaged by the Debtor except as otherwise stated herein.

5. In the present matter, Stanley Goodkin is to be compensated on a contingency basis as follows:

    a. Reasonable court costs and expenses shall be reimbursed from the proceeds.

    b. Stanley Goodkin shall be entitled to retain a thirty-three and on-third percent (33-1/3%) of the gross recovery of any amount paid by way of settlement or judgment in this matter for pursuing the case on behalf of the Bankruptcy Court, which amount will increase to 40%



My Commission expires:

JOYCE F. KEITH  
Notary Public - Notary Seal  
STATE OF MISSOURI  
St. Louis County  
Commission #12521099  
My Commission Expires: 8/11/2016

JOYCE R KEITH
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
Commission # 14540623
My Commission Expires Oct 1, 2018

if there must be an appeal filed.

  c. In the event that Stanley Goodkin fails to obtain any recovery for the estate from the Lawsuit, the Trustee and the estate have no obligation to pay any fees or reimburse any expenses to Stanley Goodkin.

  d. Stanley Goodkin will seek and obtain approval of any payment of fees or any reimbursement of expenses from the estate pursuant to section 330 of the Code.

6. This special litigation counsel will only assist the trustee in the prosecution of this personal injury case and will not be engaged to perform any other legal services for the trustee in this estate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of June 2016.

_____
Stanley Goodkin
Stanley Goodkin, LLC

On this June 1, 2016, Stanley Goodkin personally appeared, to me known to be the person described in and who executed the foregoing Affidavit, acknowledged that he executed the same as his free act and deed. IN TESTIMONY WHEREOF, I have set my hand and affixed my official seal in the ~~City~~ County of St. Louis, State of Missouri, the date and year first above written.

_____
Jayce J. Keith
Notary Public